IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kelly, Stephen S | Case Number: 07 B 15344 |
|---|---|---|
| | Kelly, Kathy J | Judge: Wedoff, Eugene R |
| | Printed: 12/13/07 | Filed: 8/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 270.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 255.42 |
| Trustee Fee: |  | 14.58 |
| Other Funds: |  | 0.00 |
| Totals: | 270.00 | 270.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,863.00 | 255.42 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 24,224.00 | 0.00 |
| 4. | Midland Credit Management | Unsecured | 0.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 40.18 | 0.00 |
| 6. | Cb Usa Inc | Unsecured | 24.05 | 0.00 |
| 7. | Municipal Collection Services | Unsecured | 200.00 | 0.00 |
| 8. | Lake Imaging LLC | Unsecured | 3.70 | 0.00 |
| 9. | T-Mobile USA, Inc | Unsecured | 20.00 | 0.00 |
| 10. | St Margaret Mercy Hospital | Unsecured | 270.83 | 0.00 |
| 11. | T-Mobile USA, Inc | Unsecured | 23.22 | 0.00 |
| 12. | CitiFinancial Auto Credit Inc | Unsecured | 671.84 | 0.00 |
| 13. | DCFS | Priority | | No Claim Filed |
| 14. | Arcadia Financial | Unsecured | | No Claim Filed |
| 15. | Bloom Township High School Credit Union | Unsecured | | No Claim Filed |
| 16. | Acar Premium Finance Co | Unsecured | | No Claim Filed |
| 17. | American Family Publishers | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | Armor Systems Co | Unsecured | | No Claim Filed |
| 20. | Account Management Service | Unsecured | | No Claim Filed |
| 21. | Armor Systems Co | Unsecured | | No Claim Filed |
| 22. | Armor Systems Co | Unsecured | | No Claim Filed |
| 23. | Armor Systems Co | Unsecured | | No Claim Filed |
| 24. | Armor Systems Co | Unsecured | | No Claim Filed |
| 25. | Armor Systems Co | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kelly, Stephen S | Case Number: 07 B 15344 |
|---|---|---|
| | Kelly, Kathy J | Judge: Wedoff, Eugene R |
| | Printed: 12/13/07 | Filed: 8/23/07 |

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 27. | Cb Usa Inc | Unsecured | No Claim Filed |
| 28. | Collection Company Of America | Unsecured | No Claim Filed |
| 29. | Big Top Auto Parts | Unsecured | No Claim Filed |
| 30. | Armor Systems Co | Unsecured | No Claim Filed |
| 31. | Armor Systems Co | Unsecured | No Claim Filed |
| 32. | Collection Company Of America | Unsecured | No Claim Filed |
| 33. | Commonwealth Edison | Unsecured | No Claim Filed |
| 34. | Commonwealth Edison | Unsecured | No Claim Filed |
| 35. | Custom Collection | Unsecured | No Claim Filed |
| 36. | Creditors Collection Service | Unsecured | No Claim Filed |
| 37. | Credit Protection Association | Unsecured | No Claim Filed |
| 38. | Dept Of Children & Family Services | Unsecured | No Claim Filed |
| 39. | Custom Collection | Unsecured | No Claim Filed |
| 40. | Comcast | Unsecured | No Claim Filed |
| 41. | Dependon Collections Service | Unsecured | No Claim Filed |
| 42. | Dominick Cannata | Unsecured | No Claim Filed |
| 43. | First National Bank Of Marin | Unsecured | No Claim Filed |
| 44. | First Premier Bank | Unsecured | No Claim Filed |
| 45. | I C Systems Inc | Unsecured | No Claim Filed |
| 46. | Ford Motor Credit Corporation | Unsecured | No Claim Filed |
| 47. | KOMYATTASSOC | Unsecured | No Claim Filed |
| 48. | Financial Recovery | Unsecured | No Claim Filed |
| 49. | KCA Financial Services | Unsecured | No Claim Filed |
| 50. | MCI Telecommunications | Unsecured | No Claim Filed |
| 51. | Mutl H Clctn | Unsecured | No Claim Filed |
| 52. | MRSI | Unsecured | No Claim Filed |
| 53. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 54. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 55. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 56. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 57. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 58. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 59. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 60. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 61. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 62. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 63. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 64. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 65. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 66. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 67. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 68. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 69. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 70. | SBC | Unsecured | No Claim Filed |
| 71. | Plaza Associates | Unsecured | No Claim Filed |
| 72. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 73. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 74. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kelly, Stephen S  
Kelly, Kathy J  
Printed: 12/13/07

Case Number: 07 B 15344  
Judge: Wedoff, Eugene R  
Filed: 8/23/07

| # | Creditor | Type | | |
|---|---|---|---|---|
| 75. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 76. | RMI/MCSI | Unsecured | | No Claim Filed |
| 77. | RMS | Unsecured | | No Claim Filed |
| 78. | RMI/MCSI | Unsecured | | No Claim Filed |
| 79. | Card Processing Center | Unsecured | | No Claim Filed |
| 80. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 81. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |
| 82. | St James Hospital | Unsecured | | No Claim Filed |
| 83. | Armor Systems Co | Unsecured | | No Claim Filed |
| 84. | Nicor Gas | Unsecured | | No Claim Filed |
| 85. | Superior Asset Management | Unsecured | | No Claim Filed |

$ 29,340.82     $ 255.42

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 14.58 |

$ 14.58

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_